# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 50143 | **DATE** | 11/20/2003 |
| **CASE TITLE** | Glover vs. Board of Education of the Rockford Public School, Dist. 205 | | |

**MOTION:**

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons stated on the reverse Memorandum Opinion and Order, Count VI is stricken, the Title VII claims set out against the individual defendants (Brown, Simmons, Kinsley, Mowen, Williams, Bliss, Nellis, Kalchbrenner, Caltagerone, Strommer, and Evans) in Count I are dismissed, and the motion to dismiss Count II is withdrawn.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | **Document Number** |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | NOV 20 2003 date docketed | 51 |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 11-20-03 date mailed notice | |
| /SEC | courtroom deputy's initials | U.S. DISTRICT COURT 2003 NOV 20 PM 3:37 | |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

# MEMORANDUM OPINION AND ORDER

Plaintiff, Melvin L. Glover, pro se, filed a six-count complaint against defendants, Board of Education of the Rockford Public Schools, District 205 ("RPSD") and the Rockford Education Association ("REA"). Additionally named as defendants, individually and in their official capacities, are the following: Alan S. Brown, Yolanda Simmons, Gerald Kinsley, and Marcus Mowen of RSPD; Robert Corder, Thomas Morgan, Molly Phelan, Michael Williams, and Michael Bliss, of REA; and Jay Nellis, Nancy Kalchbrenner, Stephanie Caltagerone, David Strommer, and Robert Evans of the Rockford Board of Education.

In his complaint, plaintiff alleges violations of Title VII, 42 U.S.C. § 2000(e) et. seq.; 42 U.S.C. § 1983; 42 U.S.C. § 1981; the 14th Amendment, and a breach of contract claim. Before the court are defendants' motions to dismiss Count I as against all individual defendants for liability for discrimination or harassment under Title VII and to dismiss Count VI.

Count VI does not attempt to state a claim but merely states that plaintiff has restated matters from previous complaints in the current complaint. Accordingly, Count VI is stricken.

Remaining are defendants' motions to dismiss the individual defendants from Count I. Plaintiff acknowledges in his response to the motion that he is not seeking to hold the individuals liable under Title VII. Title VII does not impose liability on individual employees. Gastineau v. Fleet Mortgage Corp., 137 F.3d 490, 493-94 (7th Cir. 1998). Accordingly, the claims against defendants Brown, Simmons, Kinsley, Mowen, Williams, Bliss, Nellis, Kalchbrenner, Caltagerone, Strommer, and Evans under Title VII are dismissed.

Defendants also originally moved to dismiss Count II but have asked leave to withdraw that motion. The motion to withdraw is granted.

For the foregoing reasons, Count VI is stricken, the Title VII claims set out against the individual defendants (Brown, Simmons, Kinsley, Mowen, Williams, Bliss, Nellis, Kalchbrenner, Caltagerone, Strommer, and Evans) in Count I are dismissed, and the motion to dismiss Count II is withdrawn.